**Attachment A**

FILED
APR 12 2021
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

WAYNE THOMAS JOHNSON

*Your full name*

**FEDERAL CIVIL RIGHTS COMPLAINT (*BIVENS* ACTION)**

v.

Civil Action No.: 3:21CV 53
*(To be assigned by the Clerk of Court)*

Groh
Trumble
Sims

OFFICER HACKNEY
WARDEN HUGGINS

*Enter above the full name of defendant(s) in this action*

## I. JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A. Name of Plaintiff: Wayne T. Johnson Inmate No.: 34466-057
Address: HAZELTON USP P.O. BOX 2000
BRUCETON MILLS WV. 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B. Name of Defendant: HACKNEY
Position: OFFICER
Place of Employment: HAZELTON USP
Address: P.O. BOX 2000
BRUCETON MILLS, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☒ Yes ☐ No

If your answer is "YES," briefly explain: in A cell Search in E/ Dorm cell 102

B.1 Name of Defendant: HUGGINS
Position: WARDEN
Place of Employment: HAZELTON USP
Address: P.O. BOX 2000
BRUCETON MILLS, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☒ Yes ☐ No

If your answer is "YES," briefly explain: As the Authority over all in charge.

B.2 Name of Defendant: ______
Position: ______
Place of Employment: ______
Address: ______

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☐ Yes ☐ No

**Attachment A**

If your answer is "YES," briefly explain: ____________________

B.3 Name of Defendant: ____________________
Position: ____________________
Place of Employment: ____________________
Address: ____________________

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☐ Yes ☐ No

If your answer is "YES," briefly explain: ____________________

B.4 Name of Defendant: ____________________
Position: ____________________
Place of Employment: ____________________
Address: ____________________

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☐ Yes ☐ No

If your answer is "YES," briefly explain: ____________________

**Attachment A**

B.5 Name of Defendant: ______________________
Position: ______________________
Place of Employment: ______________________
Address: ______________________
______________________

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☐ Yes ☐ No

If your answer is "YES," briefly explain: ______________________

III. PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: HAZELTON USP

A. Is this where the events concerning your complaint took place?
☑ Yes ☐ No

If you answered "NO," where did the events occur?
______________________

B. Is there a prisoner grievance procedure in the institution where the events occurred? ☑ Yes ☐ No

C. Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
☑ Yes ☐ No

D. If your answer is "NO," explain why not: ______________________

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 No Reply

LEVEL 2 No Reply

LEVEL 3 No Reply

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? ☐ Yes ☑ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1. Parties to this previous lawsuit:

   Plaintiff(s):______________________________

   Defendant(s):______________________________

2. Court: ______________________________
   *(If federal court, name the district; if state court, name the county)*

3. Case Number:______________________________

4. Basic Claim Made/Issues Raised: ______________________________

5. Name of Judge(s) to whom case was assigned:

6. Disposition: ______________________________
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit:______________________________

**Attachment A**

8. Approximate date of disposition. Attach Copies:______________

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?

☐ Yes ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________

E. Did you exhaust available administrative remedies?

☐ Yes ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1. Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): ______________________________

Defendant(s): ______________________________

2. Name and location of court and case number:

______________________________

______________________________

______________________________

3. Grounds for dismissal: ☐ frivolous ☐ malicious
☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: ______________________

5. Approximate date of disposition: ______________________

## V. STATEMENT OF CLAIM

*State here, as* ***BRIEFLY*** *as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights.* ***You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.*** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* ***UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5)TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: Sexual Harassment - Hackney
I fear for my Life here Now.

Supporting Facts: unlawful Touching

**Attachment A**

CLAIM 2:

Supporting Facts:

CLAIM 3:

Supporting Facts:

CLAIM 4:

Supporting Facts:

**Attachment A**

CLAIM 5:

Supporting Facts:

VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Loss of weight and depression

VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Moved to another Institution While this Complaint is pending and awarded $150,000 Dollars,

**Attachment A**

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at HAZelton USP (Location) on 4-7-2021 (Date).

Wayne Thomas Johnson
Your Signature